IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
v.  :  1:19CR552-1
WILLIAM VANCE STALLINGS  :

The Grand Jury charges:

On or about February 7, 2018, in the County of Durham, in the Middle District of North Carolina, WILLIAM VANCE STALLINGS knowingly did possess in and affecting commerce a firearm and ammunition, that is, a Marlin .22 caliber rifle and CCI .22 caliber ammunition, respectively, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: October 28, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: MICHAEL A. DEFRANCO
Assistant United States Attorney

A TRUE BILL:

FOREPERSON